# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHUKWUMA E. AZUBUKO,<br><br>　　　　　Plaintiff,<br>v.<br><br>JUDGE VANESSA L. BRYANT, in individual and official capacities; JUDGE CHRISTOPHER F. DRONEY; JOHN JOHNSON, in individual and official capacities,<br><br>　　　　　Defendants. | Civil No.11cv1818 AJB (BLM)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>[Doc. No. 6] |

On October 5, 2011, the Plaintiff, Chukwuma E Azubuko, a non-prisoner proceeding *pro se*, refiled a Motion to Proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1) and Local Rule 3.2(a). The Court previously denied Plaintiff from proceeding in forma pauperis because his motion failed to state an inability to pay costs or give security with particularity, definiteness and certainty under 28 U.S.C. § 1914(a). On September 14, 2011, Plaintiff was granted 30 days leave to pay $350.00 filing fee required to maintain the action pursuant to 28 U.S.C. § 1914, or to submit additional documentation regarding economic status. On October 5, 2011, Plaintiff submitted additional documentation regarding his economic status and attached a copy of the Court's previous Order.

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. *See* 28 U.S.C. § 1914(a).

1  An action may proceed despite a party's failure to pay only if the party is granted leave to proceed IFP
2  pursuant to 28 U.S.C. § 1915(a).  *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007);
3  *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).
4      In accordance with the *in forma pauperis* statute, 28 U.S.C. § 1915(a)(1), and Civil Local Rule
5  3.2, Plaintiff has now submitted a declaration with specific facts of his inability to pay along with his
6  Motion. In light of the information provided by Plaintiff's revised declaration, the Court hereby
7  **GRANTS** Plaintiff's Motion to Proceed In Forma Pauperis.
8      IT IS SO ORDERED.

10  DATED:  December 8, 2011

11                                         Hon. Anthony J. Battaglia
12                                         U.S. District Judge